# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **RUTABAGA CAFE/SOIREE** ) | |
| **CATERING, LLC,** ) | **CASE No. 18-40586-KKS** |
| ) | |
| ) | **CHAPTER 11** |
| Debtor(s). ) | |
| _____ ) | |

## ORDER GRANTING UNITED STATES TRUSTEE'S MOTION
## TO DISMISS OR CONVERT CHAPTER 11 CASE (DOC. 71)

THIS CASE came on for hearing on February 13, 2020 on the United States Trustee's Motion to Dismiss or Convert Chapter 11 Case (doc. 71). For the reasons stated orally and recorded in open court, it is

ORDERED:

1. The United States Trustee's Motion to Dismiss or Convert is granted.

2. The case is dismissed.

DONE AND ORDERED on __February 19, 2020_____.

_____
KAREN K. SPECIE
United States Bankruptcy Judge

Order Prepared by:
Charles F. Edwards, Esq.
Service by the Court pursuant to applicable Rules